MATTHEW D. FRANCIS
Nevada Bar No. 6978
ARTHUR A. ZORIO
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada  89511
Telephone:  775.324.4100
Facsimile:  775.333.8171
Email:  mfrancis@bhfs.com
Email:  azorio@bhfs.com

GEORGE R. PHILLIPS, JR.
CA State Bar No. 155379
(Admitted *Pro Hac Vice*)
JAMES R. COELHO
CA State Bar No. 177988
(Admitted *Pro Hac Vice*)
PHILLIPS LAW PARTNERS, LLP
707 Wilshire Boulevard, Suite 3800
Los Angeles, California 90017-3541
Telephone:  213.680.9212
Facsimile:  213.891.2910
Email:  gphillipsjr@phillipslawpartners.com
Email:  jcoelho@phillipslawpartners.com

*Attorneys for Plaintiffs Lloyds IP Holdings, LLC and Lloyd's Material Supply Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LLOYDS IP HOLDINGS, LLC, a California limited liability company, LLOYD'S MATERIAL SUPPLY COMPANY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR WELLNESS LTD, a private limited company of England and Wales,<br><br>Defendant. | Case No.: 2:22-cv-01825-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>ECF Nos. 38, 41 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lloyds IP Holdings, LLC and Lloyd's Material Supply Company Inc., and Defendant Superior Wellness Ltd., hereby

stipulate and agree that this action be dismissed without prejudice as to all claims, causes of actions, and parties, with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED**:

DATED: May 2, 2023

By: */s/ Arthur A. Zorio*
MATTHEW D. FRANCIS
(Nevada Bar No. 6978)
mfrancis@bhfs.com
ARTHUR A. ZORIO
(Nevada Bar. No. 6547)
azorio@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ James R. Coelho*
GEORGE R. PHILLIPS, JR.
(Admitted *pro hac vice*)
gphillipsjr@phillipslawpartners.com
JAMES R. COELHO
(Admitted *pro hac vice*)
jcoelho@phillipslawpartners.com
PHILLIPS LAW PARTNERS, LLP

*Attorneys for Plaintiffs*

DATED: May 2, 2023

By*: /s/ Jacob G. Horton*
JASON K. HICKS
(Nevada Bar No. 13149)
hicksja@gtlaw.com
BETHANY L. RABE
(Nevada Bar No. 11691)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP

JACOB G. HORTON
(Admitted *pro hac vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON PLLC

*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation [ECF No. 41] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. All pending motions [ECF No. 38] are DENIED as moot and the obligation to supplement the motion to withdraw as counsel [ECF No. 40] is discharged. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 2, 2023