**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lloyds IP Holdings, LLC, et al., <br><br>　　Plaintiffs <br><br>v. <br><br>Superior Wellness LTD, <br><br>　　Defendants | Case No.: 2:22-cv-01825-JAD-DJA <br><br>**Order to Disburse Bond** |

Attorney Matthew D. Francis, on behalf of Lloyds IP Holdings LLC and Lloyd's Material Supply Company Inc., tendered $5,000 to the Clerk of Court for deposit into the court's registry account as security for costs required by my order granting Lloyds's preliminary-injunction motion at ECF No. 14.[1]  This action was eventually dismissed without prejudice based on the parties' stipulation.[2]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse and mail the full bond amount and any interest payable to:

> Brownstein Hyatt Farber Schreck, LLP
> ATTN: Matthew D. Francis, Esq.
> 550 Kietzke Lane, Suite 110
> Reno, NV 89511

_____
U.S. District Judge Jennifer A. Dorsey
June 5, 2023

---

[1] ECF No. 21.

[2] ECF No. 42 (order granting stipulation to dismiss).